AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FITZGERALD, JUDITH K. | U.S. BANKRUPTCY COURT, WD PA | 5/3/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

5490 US Steel Tower
600 Grant Street
PITTSBURGH, PA. 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST II (T2) |
| 2. BANKRUPTCY EDUCATION COUNCIL MEMBER | COMMERCIAL LAW LEAGUE OF AMERICA |
| 3. EDITOR | NCBJ CONFERENCE NEWS |
| 4. MEMBER | MEF MYSTIQUE LLC |
| 5. ASSOCIATE EDITOR | AMERICAN BANKRUPTCY LAW JOURNAL (ABLJ) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/12 | UNIVERSITY OF PITTSBURGH | $8,500.00 |
| 2. 12/31/12 | WEST SERVICES INC | $2,237.00 |
| 3. 12/31/12 | NATIONAL CONFERENCE OF BANKRUPCY JUDGES | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2012 | SPOUSE SELF EMPLOYMENT INCOME CERTIFIED PUBLIC ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory Univieristy School of Law | 2/29/2012-3/1/2012 | Atlanta Ga | Eductaional Conf | Reimbursement for Travel, Meals, Lodging |
| 2. | National Conference of Bankruptcy Judges | 3/19/2012-3/2012 | Miami FL | Attending Mtg. | Reimbursement for Travel, Meals, Lodging |
| 3. | American Bankruptcy Institute | 4/20/2012-4/22/2012 | Washington DC | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 4. | Commerical Law League Of America | 5/3/2012-5/4/2012 | Chicago IL | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 5. | Bankruptcy Bar Association Southern District of Florida | 5/10/2012-5/13/2012 | Marco Island FL | Educational Conf | Reimbursement for Travel, Meals, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **FITZGERALD, JUDITH K.** | 5/3/2013 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | Bankruptcy Bar Foundation Southern District of Florida Inc | 9/23/2012-9/26/2012 | Miami FL | Teaching at Law School | Reimbursement for Travel, Meals, Lodging |
| 7. | SABA/NAAG Bankruptcy Confernece | 10/2/2012 | Clevland OH | Educational Conf | Reimbursement for Travel, Meals, |
| 8. | National Conference of Bankruptcy Judges | 10/23/2012-10/28/2012 | San Diego CA | Attending Mtg & Ed Conf | Reimbursement for Travel, Meals, Lodging |
| 9. | George Mason University Foundation | 12/1/2012-12/7/2012 | Coral Gables FL | Educational Conf | Reimbursement for Travel, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MERRILL LYNCH / BANK OF AMERICA | LOAN MANAGEMENT ACCOUNT SECURED BY INVESTMENT ACCOUNTS | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLEG CO GOVT EMPLOYEES CREDIT UNION | A | Interest | K | T | | | | | |
| 2. PNC BANK | B | Interest | J | T | | | | | |
| 3. DELAWARE GROUP TAX-FREE INSURED FUND A | A | Dividend | J | T | | | | | |
| 4. PEPSICO | A | Dividend | K | T | Buy (add'l) | 1/4/12 | K | | |
| 5. | | | | | Buy (add'l) | 7/12/12 | K | | |
| 6. | | | | | Buy (add'l) | 10/1/12 | K | | |
| 7. GLAXO SMITH KLINE PLC | A | Dividend | J | T | | | | | |
| 8. WALT DISNEY COMMON | A | Dividend | J | T | Buy (add'l) | 1/19/12 | J | | |
| 9. IRA PNC BANK CD | A | Interest | J | T | | | | | |
| 10. CITIZENS BANK | A | Interest | J | T | | | | | |
| 11. PNC BANK | A | Interest | K | T | | | | | |
| 12. FEDERAL CREDIT UNION CD | A | Interest | J | T | | | | | |
| 13. JAMES A. WEST COMPANIES 401 K GIARDIAN STOCK FUND | A | Dividend | J | T | | | | | |
| 14. BUCKS COUNTY PA WTR SWR | A | Interest | J | T | | | | | |
| 15. YUM BRANDS INC | A | Dividend | | T | Buy (add'l) | 8/6/12 | J | | |
| 16. WESTMORELAND CO PA MUN AU MUN SVC REV-O-CPN C/A 5.6 | A | Interest | J | T | Redeemed | 8/15/12 | J | | |
| 17. WESTMORELAND CO PA MUN AU MUN SVC REV-O-CPN 5.6 | A | Interest | J | T | Redeemed | 8/15/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  TUPPERWARE | A | Dividend | K | T | Buy (add'l) | 10/8/12 | K | | |
| 19.  BEAVER CO PA HSP AU 5.0% | A | Interest | K | T | Redeemed | 1/19/12 | K | | |
| 20.  BETHLEHEM PA AUTH WTR 5.2% | A | Interest | K | T | | | | | |
| 21.  DOWNINGTON PA SCH DIST 4.8% | A | Interest | K | T | | | | | |
| 22.  SHARON PA RGL HEALTH SYS 5% | A | Interest | K | T | | | | | |
| 23.  SOUTH FORK MUN AU PA 5.255 | A | Interest | K | T | | | | | |
| 24.  UPPER ST CLAIR 5% | A | Interest | K | T | Redeemed | 7/16/12 | K | | |
| 25.  IVY ASSET STRATEGY FUND CLASS C | A | Dividend | K | T | Buy (add'l) | 3/21/12 | J | | xx |
| 26.  BLACKROCK PA TAX FREE INCOME PORTFOLIO FUND | A | Dividend | K | T | | | | | |
| 27.  BETHLEHEM PA AREA SCH DIST | A | Interest | K | T | | | | | |
| 28.  SOUTH FORK MUN AU PA HSP | A | Interest | J | T | | | | | |
| 29.  CITIZENS BANK | A | Interest | K | T | | | | | |
| 30.  CITIZENS BANK | A | Interest | K | T | | | | | |
| 31.  CITIZENS BANK | A | Interest | J | T | | | | | |
| 32.  CITIZENS BANK | A | Interest | J | T | | | | | |
| 33.  CITIZENS BANK | A | Interest | K | T | | | | | |
| 34.  FIRST ENERGY | A | Dividend | K | T | Buy (add'l) | 3/2/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/4/12 | | | |
| 36. | | | | | Buy (add'l) | 9/5/12 | | | |
| 37. | | | | | Buy (add'l) | 12/4/12 | | | |
| 38. E BONDS | A | Interest | J | T | | | | | |
| 39. I BONDS | A | Interest | J | T | | | | | |
| 40. TRUST 2 CITIZENS BANK (X) | A | Interest | J | T | | | | | |
| 41. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 42. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 43. LOOMIS SAYLES GLOBAL MKTS FUND CL A | A | Dividend | | | Sold | 12/4/12 | J | A | |
| 44. LOOMIS SAYLES INVESTMENT GRADE BOND FUND CL A | A | Dividend | J | T | | | | | |
| 45. LOOMIS SAYLES BOND FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 46. BARON PARTNERS FUND | A | Dividend | | | Sold | 1/4/12 | J | A | |
| 47. FUNDAMENTAL INVESTORS FD CLS F | A | Dividend | | | Sold | 1/4/12 | J | A | |
| 48. HARBOR INTERNATIONAL | A | Dividend | | | Sold | 10/15/12 | J | A | |
| 49. IVY GLOBAL NATURAL RESOURSSES FD CL A | A | Dividend | | | Sold | 10/15/12 | J | A | |
| 50. BARON PARTNERS FD | A | Dividend | | | Sold | 7/24/12 | J | A | |
| 51. FUNDAMENTAL INVESTORS FD CLS F | A | Dividend | | | Sold | 10/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HARBOR INTERNATIONAL FD | A | Dividend | J | T | | | | | |
| 53. IVY GLOBAL NATURAL RESOURSES FD CL A | A | Distribution | | | Sold | 10/15/12 | J | A | |
| 54. LOOMIS SAYLES BOND FD | A | Dividend | | | Sold | 12/4/12 | J | A | |
| 55. 401k JOHN HANCOCK STABLE VALUE FUND | A | Dividend | J | T | | | | | |
| 56. WESTERN ASSET EMRGNG | A | Dividend | K | T | | | | | |
| 57. WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 58. (T2)WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 59. AMERICAN EURO PACIFIC | A | Dividend | J | T | | | | | |
| 60. ASTOM/MONTAG & CALDWELL GROWTH LTD | A | Dividend | | | Sold | 10/16/12 | J | | |
| 61. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | Buy (add'l) | 10/18/12 | J | | |
| 62. AMERICAN FUNDAMENTAL INVESTORS CL | A | Dividend | J | T | | | | | |
| 63. HARBOR INTERNATIONAL INVESTORS CL | A | Dividend | J | T | | | | | |
| 64. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 65. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 66. MEF MYSTIQUE LLC | A | Rent | K | U | | | | | |
| 67. CALIFORNIA INVESTMENT TRUST FUND GRP EQUITY INCOME | A | Dividend | | | Merged (with line 111) | 1/1/12 | L | | CONVERSION ON LINE 111 |
| 68. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 70. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 71. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 72. THORNBURGH INTERMEDIATE MUNI FUND | A | Dividend | K | T | | | | | |
| 73. PIMCO ALL ASST | A | Dividend | L | T | Sold (part) | 10/18/12 | L | A | |
| 74. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | Sold (part) | 7/24/12 | J | A | |
| 75. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | K | T | | | | | |
| 76. (T2)PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | Sold (part) | 12/13/12 | J | A | |
| 77. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 78. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 79. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 80. COCA COLA | A | Dividend | J | T | Buy (add'l) | 4/3/12 | J | | |
| 81. | | | | | Buy (add'l) | 7/3/12 | J | | |
| 82. | | | | | Buy (add'l) | 8/10/12 | J | | |
| 83. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 84. GENL DYNAMICS CORP | A | Dividend | J | T | Buy (add'l) | 8/13/12 | J | | |
| 85. | | | | | Buy (add'l) | 12/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. KIMBERLY CLARK | A | Dividend | K | T | Buy (add'l) | 4/4/12 | J | | |
| 87. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 88. MCDONALDS CORP | A | Dividend | K | T | Buy (add'l) | 6/18/12 | J | | |
| 89. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 90. COCA COLA | A | Dividend | J | T | Buy (add'l) | 7/3/12 | J | | |
| 91. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 92. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 93. GENL DYNAMICS CORP | A | Dividend | J | T | Buy (add'l) | 2/13/12 | J | | |
| 94. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 95. KIMBERLY CLARK | A | Dividend | J | T | Buy (add'l) | 4/4/12 | J | | |
| 96. | | | | | Buy (add'l) | 7/5/12 | J | | |
| 97. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 98. MCDONALDS CORP | A | Dividend | J | T | Buy (add'l) | 3/16/12 | J | | |
| 99. | | | | | Buy (add'l) | 6/18/12 | J | | |
| 100. | | | | | Buy (add'l) | 9/19/12 | J | | |
| 101. PEPSICO | A | Dividend | J | T | Buy (add'l) | 4/2/12 | J | | |
| 102. | | | | | Buy (add'l) | 11/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FIRST TR UTILTIES | A | Dividend | | | Sold | 11/9/12 | J | | |
| 104. FIRST TRUST CONSUMER | A | Dividend | J | T | | | | | |
| 105. OAKMARK FUND | A | Dividend | K | T | Buy | 1/4/12 | K | | |
| 106. VANGUARD DIVIDEND APPRECIATION | A | Dividend | J | T | Buy | 8/7/12 | J | | |
| 107. COCA COLA | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 108. GENL DYNAMICS | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 109. PEPSICO | A | Dividend | J | T | Buy | 10/1/12 | J | | |
| 110. FIRST TR CONSUMER | A | Dividend | J | T | | | | | |
| 111. SHELTON CORE VALUE | B | Dividend | L | T | Sold (part) | 12/31/12 | L | B | FROM CONVERSION OF LINE 67 |
| 112. VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Buy | 08/07/12 | L | | |
| 113. FIRST EAGLE GLOBAL CLASS I | B | Dividend | K | T | Buy | 01/4/12 | K | | |
| 114. SPDR GOLD TRUST | A | Dividend | K | T | Buy | 1/5/12 | K | | |
| 115. SPDR GOLD TRUST | A | Dividend | K | T | Sold (part) | 12/11/12 | J | | |
| 116. OAKMARK FUND | A | Dividend | L | T | Buy | 1/4/12 | L | | |
| 117. VANGUARD DIVIDEND APPRECIATION ETF | A | Dividend | J | T | Buy | 8/7/12 | J | | |
| 118. FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy | 1/4/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 5/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 120. OAKMARK FUND | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 121. FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 122. OAKMARK FUND | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 123. SPDR GOLD TRUST | A | Dividend | J | T | Buy | 1/5/12 | J | | |
| 124. SPDR GOLD TRUST | A | Dividend | J | T | Sold (part) | 12/11/12 | J | | |
| 125. OAKMARK FUND | A | Dividend | J | T | Buy | 1/5/12 | J | | |
| 126. FIRST EAGLE GLOBAL CLS C | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 127. FIRST EAGLE GLOBAL CLS C | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 128. IVY ASSEET STRATEGY FUND CL A | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 129. VANGUARD MID CAP INDEX | A | Dividend | J | T | | | | | X NOTE 1 |
| 130. ROYCE PREMIER FD | A | Dividend | J | T | | | | | X NOTE 2 |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEMS WERE DELETED AS A RESULT OF PRIOR YEAR TRANSACTIONS. THIS  RESULTED IN AN AUTOMATIC RENUMBERING OF ITEMS LISTED

( A)    MERRIL LYNCH BANK DEPOSIT SHOWN ON LINES 291 292 293 AND 294 ARE  AN ACCUMULATION OF UNINVESTED INCOME AND PROCEEDS FOR THE REPORTING PERIOD

INVESTMENT NOTES
1 LINE 129    VANGUARD MID CAP INDEX FUND WAS INDICATED AS SOLD ON LINE 14 2011. IT SHOULD HAVE BEEN RECORDED AS A PARTIAL SALE.
2 LINE 130    ROYCE PREMIER FD WAS OMITTED  FROM THE 2011 REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JUDITH K. FITZGERALD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544